Same case below, 411 Fed. Appx. 996.

**No. 11-7685. Terrence Willis, Petitioner v. Marcus Hardy, Warden.**

565 U.S. 1182, 132 S. Ct. 1152, 181 L. Ed. 2d 1025, 2012 U.S. LEXIS 974.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-7694. Steven Casbar, Petitioner v. Thomas M. Birkett, Warden.**

565 U.S. 1182, 132 S. Ct. 1152, 181 L. Ed. 2d 1025, 2012 U.S. LEXIS 990.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7704. Thomas Waters, Petitioner v. L. Jackson, et al.**

565 U.S. 1182, 132 S. Ct. 1152, 181 L. Ed. 2d 1025, 2012 U.S. LEXIS 924.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 509.

**No. 11-7710. Michael Upton Kershaw, Petitioner v. Mike Evans, Warden.**

565 U.S. 1182, 132 S. Ct. 1153, 181 L. Ed. 2d 1025, 2012 U.S. LEXIS 922.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7734. Louis Trimble, Petitioner v. California.**

565 U.S. 1182, 132 S. Ct. 1153, 181 L. Ed. 2d 1025, 2012 U.S. LEXIS 1036.

January 23, 2012. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

**No. 11-7745. Richard R. Gates, Petitioner v. E. K. McDaniel, Warden, et al.**

565 U.S. 1182, 132 S. Ct. 1153, 181 L. Ed. 2d 1025, 2012 U.S. LEXIS 972.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7755. Ronald W. Collins, Petitioner v. E. K. McDaniel, Warden, et al.**

565 U.S. 1182, 132 S. Ct. 1153, 181 L. Ed. 2d 1025, 2012 U.S. LEXIS 965.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7760. Julio Parra, Petitioner v. E. K. McDaniel, Warden.**

565 U.S. 1182, 132 S. Ct. 1153, 181 L. Ed. 2d 1025, 2012 U.S. LEXIS 941.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.